CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 18 2010

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| GONZALEZ GOMEZ-OLIVAS, | |
| Petitioner, | Case No. 7:10CV00066 |
| v. | **FINAL ORDER** |
| TERRY O'BRIEN, WARDEN, | By: Glen E. Conrad |
| Respondent. | United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

## ADJUDGED AND ORDERED

that the petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2241, is **DISMISSED**; and this action is stricken from the active docket of the court. Based upon the court's finding that the defendant has not made the requisite showing of denial of a substantial right, a certificate of appealability pursuant to 28 U.S.C. § 2253(c) is **DENIED**.

ENTER: This 18th day of February, 2010.

_____
United States District Judge